**Opinion issued October 18, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00680-CV

———————————

**DEBRA HUETT, Appellant**

**V.**

**PAUL CHENG, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 2010-09881**

---

**MEMORANDUM OPINION**

Appellant, Debra Huett, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On September 7, 2012, appellant was ordered to pay the filing fee by September 19, 2012, or the appeal would be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). After being notified that this appeal was subject to dismissal, appellant responded, but the response did not demonstrate grounds for continuing the appeal, and the appellant has not paid the fee. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for failure to pay the filing fee. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.